# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**MELINDA COX**                                                                                          **PLAINTIFF**

**vs.**                                                                **CIVIL ACTION NO. 3:16CV-559-CRS-DW**

**GEICO GENERAL INSURANCE COMPANY**                                              **DEFENDANT**

## ORDER

Upon review of this matter, pursuant to 28 U.S.C. 455, the Court must conclude that recusal in this case is required. For this reason,

**IT IS HEREBY ORDERED** that Senior Judge Charles R. Simpson, III, **RECUSES** from this matter, and the action is hereby **REASSIGNED** to the docket of the Honorable Joseph H. McKinley, Jr., for all further proceedings. Counsel are requested to change the civil action number to reflect the initials (JHM) on all further pleadings.

Dated: September 26, 2016

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record
    Judge McKinley's Case Manager